**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-2121**

EDWARD J. BRYANT,

                  Plaintiff - Appellant,

        v.

MICHAEL W. WYNNE, Secretary of the Air Force,

                  Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Sol Blatt, Jr., Senior District Judge.  (2:07-cv-00340-SB)

Submitted:  March 12, 2009          Decided:  March 16, 2009

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Edward J. Bryant, Appellant Pro Se.  Terri Hearn Bailey, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward J. Bryant appeals the district court's order accepting the recommendation of the magistrate judge and granting the Defendant's motion for summary judgment in Bryant's civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Bryant v. Wynne, No. 2:07-cv-00340-SB (D.S.C. Sept. 24, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED